IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER C. LUCK, and<br>KENNETH N. WYNDER, JR.,<br>      Plaintiffs<br><br>      v.<br><br>MOUNT AIRY #1, LLC,<br>LIANNE R. ASBURY,<br>TREVOR TASETANO,<br>JOSEPH J. KULICK, JR. and<br>MARK A. KAYE,<br>      Defendants | No. 3:12cv887<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 19th day of August 2014, upon consideration of defendants' motions for summary judgment (Docs. 88 & 89), it is hereby **ORDERED**:

1. Defendants Joseph J. Kulick, Jr. and Mark A. Kaye's motion for summary judgment (Doc. 89) is **GRANTED**.  Defendants Joseph J. Kulick, Jr. and Mark A. Kaye are **DISMISSED** from this case, and the Clerk of Court is directed to enter judgment in favor of Defendants Joseph J. Kulick, Jr. and Mark A. Kaye and against Plaintiffs Peter Luck and Kenneth Wynder.

2. Defendants Mount Airy #1, LLC, Lianne R. Asbury and Trevor Tasetano's motion for summary judgment (Doc. 88) is **GRANTED** in part and **DENIED** in part as follows:

a. Defendants Mount Airy #1, LLC, Lianne R. Asbury and Trevor Tasetano's motion is **GRANTED** with respect to plaintiffs' federal and state law civil conspiracy claims and plaintiffs' state law intentional infliction of emotion distress claim.

b. Defendants Mount Airy #1, LLC, Lianne R. Asbury and Trevor Tasetano's motion is **DENIED** in all other respects

          **BY THE COURT:**

          <u>s/ James M. Munley</u>
          **JUDGE JAMES M. MUNLEY**
          **United States District Court**