**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PETER C. LUCK, and** | : | No. 3:12cv887 |
| **KENNETH N. WYNDER, JR.** | : | |
| **Plaintiffs** | : | (Judge Munley) |
| | : | |
| v. | : | |
| | : | |
| **MOUNT AIRY #1, LLC,** | : | |
| **LIANNE R. ASBURY and** | : | |
| **TREVOR TASETANO,** | : | |
| **Defendants** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 23rd day of September 2014, it is hereby ordered as follows:

1) Plaintiffs' motion in limine to preclude the administrative proceedings regarding Plaintiff Luck (Doc. 103) is **DENIED as MOOT**;

2) Plaintiffs' motion in limine to preclude Plaintiff Wynder's prior bankruptcy proceedings, retirement claim with New York State, prior racial discrimination lawsuit and New York State Police administrative charges and disciplinary proceedings (Doc. 103) is **GRANTED**.

BY THE COURT:

s/ James M. Munley
**JUDGE JAMES M. MUNLEY
United States District Court**